# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORY ILSUNG, | 1:11-CV-01964-MJS (PC) |
| Plaintiff, | |
| v. | VOLUNTARY DISMISSAL OF ACTION |
| R. SANTOS, et al., | (ECF NO. 7) |
| Defendants. | CLERK SHALL CLOSE CASE |
| _____/ | |

Plaintiff Victory Ilsung, a state prisoner proceeding pro se and in forma pauperis filed this civil rights action on November 29, 2011 pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) Plaintiff has consented to Magistrate Judge jurisdiction. (Consent, ECF No. 5.)

On July 2, 2012, Plaintiff filed a note with the Court asking that his case be voluntarily dismissed. (ECF No. 7.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Plaintiff's note requesting dismissal of his case is read as a notice of dismissal.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED

without prejudice.

    The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   July 5, 2012            /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE