1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

VICTORY ILSUNG,                              1:11-CV-01964-MJS (PC)

    Plaintiff,

             VOLUNTARY DISMISSAL OF ACTION

   v.

R. SANTOS, et al.,                              (ECF NO. 7)

    Defendants.

             CLERK SHALL CLOSE CASE
_____/

   Plaintiff Victory Ilsung, a state prisoner proceeding pro se and in forma pauperis filed this civil rights action on November 29, 2011 pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) Plaintiff has consented to Magistrate Judge jurisdiction. (Consent, ECF No. 5.)

   On July 2, 2012, Plaintiff filed a note with the Court asking that his case be voluntarily dismissed. (ECF No. 7.)

   Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Plaintiff's note requesting dismissal of his case is read as a notice of dismissal.

   Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED

1  without prejudice.

2          The Clerk shall CLOSE this case.

3

4

5

6  IT IS SO ORDERED.

7

8  Dated:   July 5, 2012                    /s/ *Michael J. Seng*

   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28